1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 AKBAR RIAHI,                           )
                                          )
13           Petitioner,                  )   No. C 06-7583 MJJ
                                          )
14     v.                                 )
                                          )
15 DAVID STILL, in his Official Capacity, )   **STIPULATION TO DISMISS; AND**
   District Director, U.S. Department of  )   **[PROPOSED] ORDER**
16 Homeland Security, Citizenship and     )
   Immigration Services, San Francisco,   )
17 California;                            )
                                          )
18 Michael Chertoff, in his Official Capacity, )
   Secretary, United States Department of )
19 Homeland Security;                     )
                                          )
20 ALBERTO R. GONZALES, in his Official )
   Capacity, Attorney General, U.S.       )
21 Department of Justice,                 )
                                          )
22           Respondents.                 )
                                          )
23 _____)

24     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

25 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

26 action without prejudice in light of the fact that the United States Citizenship and Immigration

27 Services is now prepared to grant Petitioner's application for naturalization and agrees to do so

28 within 30 days of the dismissal of this action.

Stipulation to Dismiss
C 06-7583 MJJ

1   Each of the parties shall bear their own costs and fees.

3   Date: January 26, 2007                             Respectfully submitted,

4                                                     KEVIN V. RYAN
                                                      United States Attorney

7                                                     ___/s/_____
                                                      ILA C. DEISS
                                                      Assistant United States Attorney
8                                                     Attorneys for Respondents

11  Date: January 26, 2007                            ___/s/_____
                                                      ZACHARY NIGHTINGALE
                                                      Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   01/30/07                                      _____
                                                      MARTIN J. JENKINS
                                                      United States District Judge

Stipulation to Dismiss
C 06-7583 MJJ                              2